UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DYLAN CORRAL,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN/JANE DOES 1-5000,<br><br>　　　　　Defendants. | Case No. 2:23-cv-05402-CAS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 4, 2023

_____
CHRISTINA A. SNYDER
United States District Judge